**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JOSEPH DAVID SANDERS**                                                            **PLAINTIFF**
**#252872**

v.                      Case No. 4:20-cv-00394-LPR

**DOES**, *et al.*                                                                      **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Joseph David Sanders's Complaint is dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith. This dismissal counts as a "strike" for the purposes of 28 U.S.C. § 1915(g).

IT IS SO ADJUDGED this 31st day of August 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE